UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
       -v-                                  :  20-CR-669 (PAE)
:
SEAN DEBNAM,                                :  SCHEDULING ORDER
:
       Defendant.                           :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **January 22, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                      *Paul A. Engelmayer*

Dated: January 13, 2021                           PAUL A. ENGELMAYER
       New York, New York               United States District Judge