UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-CR-669 (PAE) |
| -v- | ORDER |
| SEAN DEBNAM, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court today attempted to hold an initial conference in this case, but the MCC failed to produce the defendant. The Court accordingly held a brief conference with counsel only. As the Court advised counsel, it will seek to schedule a next conference during the week of February 1, 2021. To enable a conference to be scheduled and the defendant to be produced consistent with COVID-era scheduling protocols, and for the other reasons set forth on the record of today's conference, the Court excludes time until February 5, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Also for the reasons set forth on the record of today's conference, the Court today relieved Ms. Marisa Cabrera, Esq., as counsel of record for the defendant and appointed Ms. Kristen Santillo, Esq.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 22, 2021
       New York, New York