UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,         :
                                :

          -v-                   :          20-CR-669 (PAE)
                                :

SEAN DEBNAM,                 :         <u>SCHEDULING ORDER</u>
                                :

             Defendant.         :
                                :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **February 1, 2021** at **10:30**

**a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of

COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the

conference, the parties should call 888-363-4749 and use access code 468-4906.


       SO ORDERED.

                                         _Paul A. Engelmayer_
                                         _____
Dated: January 27, 2021                    PAUL A. ENGELMAYER
      New York, New York               United States District Judge