

January 28, 2021

**VIA ECF**

The Honorable Paul A. Englemayer, U.S.D.J.
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Sean Debnam*, Case No. 1:20-cr-00669-PAE

Dear Judge Engelmayer:

    On January 22, 2021, I was appointed as substitute counsel for defendant Sean Debnam pursuant to the Criminal Justice Act due to a conflict with his prior lawyer. Due to scheduling difficulties with the MCC, where Mr. Debnam is being detained, I was unable to schedule an initial video visit with him until February 2, 2021 at 1:30 p.m. The Court has scheduled a telephone conference in this matter for February 1, 2021 at 10:30 a.m. I write to respectfully request that the conference be rescheduled until after February 2, 2021, so that I may have an opportunity to have an initial call with Mr. Debnam before the conference.

    I have conferred with the Government, and the Government has no objection to this request. Thank you for your consideration.

                                       Respectfully submitted,

                                       /s/Kristen M. Santillo
                                       Kristen M. Santillo

cc: AUSA Brandon Harper (via ECF)

**DENIED.** The February 1 conference will proceed as scheduled. The Court notes that the defendant was not produced at the recent conference at which Ms. Santillo was appointed as successor counsel. It is imperative that Mr. Debnam communicate promptly with new counsel, and be notified by the Court as to the status of his representation. Holding the February 1 conference will help achieve that, including because the Court has requested that the MCC, with the defendant on the line, telephone Ms. Santillo 15 minutes before the February 1 conference. At the conference, the Court will solicit views from counsel as to the proper timing of a next conference. The Clerk of Court is requested to terminate the motion at Dkt. No. 21.

                                                   1/29/2021

                      SO ORDERED.

                                        PAUL A. ENGELMAYER
                                        United States District Judge