

June 8, 2021

<u>VIA ECF</u>

Hon. Paul A. Engelmayer, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    *Re: United States v. Sean Debnam,* 20 Cr. 669 (PAE)

Dear Judge Engelmayer,

    Our firm represents the defendant, Sean Debnam, in the above-captioned matter and we write to request an adjournment of the status conference that is currently scheduled for June 14, 2021. The discovery in this case is voluminous, and Mr. Debnam only recently received the discovery due to logistical difficulties with the delivery of the discovery from the United States Attorney's Office to Mr. Debnam at the MCC. We therefore seek additional time to consult with Mr. Debnam about the discovery.

    We are also currently in discussions with the Government regarding a potential resolution. For these reasons, we request that the Court adjourn the status conference for 60 days in order to give our client an opportunity to meaningfully review the discovery with us and for us to continue our discussions regarding a potential pretrial resolution. We have consulted with counsel for the Government and he does not object to our request, provided that time is excluded under the Speedy Trial Act between June 14, 2021 and the date of the next conference.

    Thank you for your consideration.

                              Sincerely,

                              /s/ Kristen M. Santillo

                              Kristen M. Santillo
                              Fern Mechlowitz

**GRANTED.** The conference is adjourned to August 26, 2021 at 10:30 a.m. For the reasons stated within, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until August 26, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 30.

                                                                               6/8/2021
                   SO ORDERED.

                                      _____
                                      PAUL A. ENGELMAYER
                                      United States District Judge