UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                     :

UNITED STATES OF AMERICA,                    :

           -v-                                               :           20-CR-669 (PAE)

SEAN DEBNAM,                                   :           <u>SCHEDULING ORDER</u>

                      Defendant.          :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any suppression motions shall be filed by **March 23, 2022.**

- Opposition to any suppression motions shall be filed by **April 6, 2022**.

- The next conference in this case will take place **April 11, 2022** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- The Government shall disclose to the defense any 3500 material relevant to a motion under Federal Rule of Evidence 412, and provide the defense with any Rule 404(b) notice, by **June 13, 2022.**

- Any motion based on Rule 412 shall be filed by **June 20, 2022.**

- Opposition to any motion based on Rule 412 shall be filed by **June 27, 2022.**

- Motions *in limine* shall be filed by **June 27, 2022.**

- Opposition to any motions *in limine* shall be filed by **July 8, 2022.**

- Proposed *voir dire* questions and requests to charge are due **July 8, 2022.**

- Trial is scheduled for **July 25, 2022**.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **July 25, 2022.**

SO ORDERED.

Dated: February 23, 2022
      New York, New York

PAUL A. ENGELMAYER
United States District Judge