UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

SEAN DEBNAM,

                      Defendant.

20-CR-669 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

The defense yesterday filed motions to suppress (1) evidence seized from an automobile and (2) a witness's identification of the defendant. Dkt. 45. The Government's response remains due **April 6, 2022**, as set forth in the Court's order of February 24, 2022. Dkt. 40. The Court hereby converts the next conference, scheduled for **April 11, 2022**, to an evidentiary hearing on the motions to suppress, which will start at **9:30 a.m.** The hearing will take place in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties should also set aside **April 12, 2022** for the continuation of the hearing, if necessary.

The Court recognizes that it is possible that one or both of the motions to suppress may prove capable of resolution on the papers. Following receipt of the Government's opposition, the Court will promptly make that determination, or arrange for a conference to address that issue with counsel.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: March 23, 2022
       New York, New York