UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                    -v-                                           :     20-CR-669 (PAE)
                                                                  :
SEAN DEBNAM,                                                      :     <u>ORDER</u>
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      This order modifies the scope of the evidentiary hearing currently scheduled for April 11 and 12, 2022. Upon review of the papers, the Court does not presently expect to require testimony from any witnesses. Accordingly, the Court hereby converts the first day of the hearing, April 11, 2022, to a conference at which the Court will hear oral argument from the parties on the motions to suppress. At the close of the April 11, 2022 conference, the Court will determine whether to require witness testimony. If so, testimony as to the motion to suppress the fruits of the search of the defendant's vehicle would be received the following day, April 12, 2022, but testimony as to the motion to suppress the pretrial identification of the defendant by Victim-1 would be deferred until closer to trial. For avoidance of doubt, the proceedings will take place in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY beginning at **10 a.m.**

      SO ORDERED.

                                                                                                    Paul A. Engelmayer
                                                                                 United States District Judge

Dated: April 7, 2022

New York, New York